UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
IN ADMIRALTY

**IN THE MATTER OF** the Complaint of **JAMES ROY TUCKER, JR.,** for exoneration from or limitation of liability,

    **Petitioner**,

v.                                                         Case No. 3:20cv5943-TKW-MJF
                                                         **(consolidated with 28 other cases)**

**MARINA MANAGEMENT CORP.** and **V&R INVESTMENTS, LTD.**,

    **Claimants**.

_____/

**MARINA MANAGEMENT CORP.** and **V&R INVESTMENTS, LTD.**,

    **Plaintiffs**,

v.                                                         Case No. 3:21cv2122-TKW-MJF

**BILL ABRAMS**, et al.,

    **Defendants**.

_____/

## ORDER CONSOLIDATING CASES

Upon due consideration of Claimants' unopposed motion to consolidate (Doc. 81), it is **ORDERED** that the motion is **GRANTED**, and

1. Case number 3:21cv2122 is consolidated with the 29 cases consolidated under case number 3:20cv5943.

2. The Clerk shall reassign case number 3:21cv2122 to magistrate judge Michael J. Frank.

3. After the defendants in case number 3:21cv2122 are served and counsel appears on their behalf, the parties shall confer and advise the Court whether any modifications to the scheduling order are necessary.

**DONE and ORDERED** this 30th day of November, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**