UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
IN ADMIRALTY

**IN THE MATTER OF** the Complaint of **JAMES ROY TUCKER, JR.,** for exoneration from or limitation of liability,

    **Petitioner**,

v.                                                          Case No. 3:20cv5943-TKW-MJF
                                                            **(consolidated with 28 other cases)**

**MARINA MANAGEMENT CORP.** and **V&R INVESTMENTS, LTD.**,

    **Claimants**.
_____/

**MARINA MANAGEMENT CORP.** and **V&R INVESTMENTS, LTD.**,

    **Plaintiffs**,

v.                                                          Case No. 3:21cv2122-TKW-MJF

**BILL ABRAMS, et al.**,

    **Defendants**.
_____/

## ORDER SUBSTITUTING PARTIES

This case is before the Court based on the joint motion to substitute parties filed by Plaintiff Marina Management Corp. and Defendant Bryan Aylstock (Doc. 129-1), pursuant to which these parties agree that Prestige Worldwide Pensacola

Charter, LLC should be substituted for Mr. Aylstock as a defendant in this action. This renders' Mr. Aylstock's motion to dismiss moot. Accordingly, it is

**ORDERED** that:

1. The joint motion to substitute parties (Doc. 129-1) is **GRANTED**, and Prestige Worldwide Pensacola Charter, LLC is substituted for Bryan Aylstock as a defendant. The Clerk shall update CM/ECF to add Prestige and terminate Mr. Aylstock.

2. Mr. Aylstock's motion to dismiss (Doc. 107) is **DENIED** as moot.

3. Prestige shall have 14 day from the date of this Order to answer the amended complaint.

**DONE and ORDERED** this 31st day of March, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**